

# Missouri Court of Appeals
## Southern District

## FEBRUARY 27, 2015

THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 84.16(b).

1.  Case No.  SD33326

    Re:   CLEO M. LOLLAR,
          Plaintiff-Respondent,
          v.
          ROBERT CAMERON and DIANE
          CAMERON, Defendants-Appellants.

2.  Case No. SD33225

    Re:   JAMES BRUCE MATTHEW,
          Appellant,
          vs.
          LARRY McCULLOUGH and
          MARY McCULLOUGH,
          Respondents.